MILTON J. LURIE ET AL. *v.* BOARD OF ZONING APPEALS
OF THE CITY OF NEW HAVEN ET AL.

The motion by the plaintiffs to dismiss the appeal from the Court of Common Pleas in New Haven County is granted.

*Richard Belford,* for the appellees (plaintiffs).

*Edward B. Winnick,* for the appellants (defendant Ezekiel at al.).

Argued November 5—decided November 6, 1968

HARTFORD HOSPITAL *v.* CITY AND TOWN OF HARTFORD

The plaintiff, pursuant to Practice Book § 696, having filed a motion to set aside the judgment against it and for a direction that the plea in abatement in the Court of Common Pleas in Hartford County be overruled, it is ordered that the judgment be set aside and the plea in abatement overruled unless, on or before November 19, 1968, the defendant files its brief.

*David Schwartz,* for the appellant (plaintiff).

*Richard M. Cosgrove,* corporation counsel, for the appellee (defendant).